UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Kirkland,
    Plaintiff(s),

v.

Case No. 1:11cv48
(Consent Case, Litkovitz, M.J.)

U.S. Postal Service,
    Respondent(s).

### ORDER

This matter is before the Court on pro-se plaintiff's motion to supplement his response with additional legal citations to the government's motion to dismiss (Doc. 33). For good cause shown, plaintiff's motion is hereby **Granted**.

Plaintiff shall have up to and including March 12, 2012 in which to file his additional legal citations in response to the government's motion to dismiss (Doc. 20) filed in this matter.

**IT SO ORDERED.**

3/8/12
Date
awh    March 8, 2012

KAREN L. LITKOVITZ
U.S. Magistrate Judge