# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

William E Kirkland,
    Plaintiffs,

v.

US Postal Service,
    Defendants.

Case No. 1:11cv48
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

[ ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's motion to dismiss is Granted and that plaintiff's case is Dismissed pursuant to 28 USC 1915(e)(2)(A).

Date: June 20, 2012

Clerk of Court

By:   s/Arthur Hill, deputy clerk